UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATRINA CROCKER,<br><br>                              Plaintiff,<br><br>          -against-<br><br>BEDFORD HILLS CORRECTIONAL FACILITY,<br><br>                              Defendant. | 19-CV-11401 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 22, 2020, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 22, 2020
         New York, New York

                                                              _Louis L. Stanton_
                                                              Louis L. Stanton
                                                              U.S.D.J.